AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 5/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Executor for Estate | Estate No. 1 (See VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Thomson/West book royalties | $6,076.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed Math Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | Oct 7-10, 2014 | Chicago, IL | Attend CLE Program & Judges' Conference | Reimbursement of lodging for judges attending meetings |
| 2. | Bankr. Section, State Bar of GA | Oct 22-24, 2014 | Reynolds Plantation, GA | Participate in State Bar CLE Program | Reimbursement of lodging, complimentary dinner for spouse, registration fee including lunch & dinner waived for attending judges |
| 3. | Mercer University School of Law | January - April 2014 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for luncheons with guest faculty, other faculty, and staff |
| 4. | American College of Bankruptcy | Mar 14-15, 2014 | Washington, D.C. | Attend induction ceremony and CLE Program | Reimbursement for travel and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bonapfel, Paul W. | 5/13/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American Bankruptcy Institute | Feb. 27 - Mar. 1, 2014 | New York, NY | Judge for Duberstein Moot Court Competition | Reimbursement for travel, meals, and lodging; registration fee waived |
| 6. | Tennessee Bar Association | April 3-6, 2014 | Gatlinburg, TN | Faculty for CLE Program | Reimbursement for travel, meals, and lodging; registration fee waived |
| 7. | Coastal Bankruptcy Law Institute | May 8-10, 2014 | Savannah, GA | Facutly for CLE Program | Reimbursement for lodging, complimentary dinner for spouse; registration fee waived |
| 8. | National Association of Bankruptcy Trustees | Sept. 10-12, 2014 | Salt Lake City, UT | Faculty for CLE Program | Reimbursement for travel and lodging; registration fee waived |
| 9. | Turnaround Management Association | May 29-31, 2014 | Jekyll Island, GA | Faculty for CLE Program | Reimbursement for travel, lodging; complimentary dinner for spouse; registration fee waived |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc. | A | Dividend | J | T | | | | | |
| 2. Cisco Systems Common | A | Dividend | K | T | | | | | |
| 3. Touchmark Bancshares, Inc. Common | | None | J | W | | | | | |
| 4. First Landmark Bank Common | A | Dividend | K | W | | | | | |
| 5. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 6. US Savings Bonds | | None | L | T | | | | | |
| 7. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 8. Atlanta Investment Partners | A | Dividend | J | W | | | | | |
| 9. Mass. Mutual Whole Life | B | Dividend | K | T | | | | | |
| 10. IRA Account 2 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 11. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 12. - Arrow DWA Tactical A Mutual Fund (DWTXF) | A | Dividend | K | T | | | | | |
| 13. Chevron Corp Common | C | Dividend | L | T | | | | | |
| 14. Atl Ga Water & Wastewater Rev Ser A (MB-14) | B | Interest | | | Redeemed | 11/03/14 | K | | Public |
| 15. Douglas Cnty Ga Genl Oblig Sales Tax (MB 14) (3CK5) | A | Interest | | | Redeemed | 08/01/14 | J | | Public |
| 16. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | K | T | | | | | |
| 17. Col. Ga Bldg Aut Leas Rev Cap Impt RefLease RevA (MB15) (2HMB) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Newnan Ga Wtr Sew & Lt Ser A (MB 16) | B | Interest | K | T | | | | | |
| 19. Monroe Ga (MB 17) | A | Interest | K | T | | | | | |
| 20. Atlanta Water (MB 16) | C | Interest | | | Redeemed | 11/03/14 | L | | Public |
| 21. Decatur Ga Genl Oblig (MB 16) (9DW2) | B | Interest | K | T | | | | | |
| 22. GaSt Rd &Tollway Auth Fed Hwy Grant Antic Rev A (MB16)(MCG4) | B | Interest | L | T | | | | | |
| 23. Berrien Cnty Ga Sch Dis OID (MB 17) (2AU1) | A | Interest | K | T | | | | | |
| 24. Cobb County Wtr & Sewer Impt Rev (MB 17) (8VWO) | B | Interest | K | T | | | | | |
| 25. Ga St GO Ref-C (MB 17) (4D86) | B | Interest | | | Redeemed | 08/11/14 | K | | Public |
| 26. Ga St GO Ref-C (MB 17) (4D45) (X) | A | Interest | | | Redeemed | 07/01/14 | J | | Public |
| 27. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | K | T | | | | | |
| 28. Gwinnett Cnty Ga Sch Dist Ref (MB 18) (5A50) | A | Interest | K | T | | | | | |
| 29. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) (6XJ4) | B | Interest | L | T | | | | | |
| 30. Georgia St Genl Oblig Ref-I (MB 18) (4PJ9) | A | Interest | J | T | | | | | |
| 31. Georgia St (MB 19) (4XE1) | B | Interest | K | T | | | | | |
| 32. Columbia Cnty Ga Genl Oblig Ser-D (MB 19) (0EM6) | A | Interest | K | T | | | | | |
| 33. Georgia St Genl Oblig Ser-D (MB 19) (4LBO) (See Part VIII) | A | Interest | K | T | | | | | |
| 34. Lee County GA Sch Dist - B (MB 18) (2BZ9) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ga St Rd & Tlwy (MB 19) (MCL3) | B | Interest | K | T | | | | | |
| 36. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | M | T | | | | | |
| 37. Gwinnett Cnty Sch Dist Ref (MB 20) (5A84) | A | Interest | J | T | | | | | |
| 38. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | M | T | | | | | |
| 39. Georgia St Genl Oblig Ref Ser-I (MB 21) (4PP5) | B | Interest | K | T | | | | | |
| 40. Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) (5A95) | B | Interest | K | T | | | | | |
| 41. Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) (OGW5) | A | Interest | K | T | | | | | |
| 42. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | M | T | | | | | |
| 43. Georgia St Genl Oblig Ref E-2 (MB 21) (4VTO) | B | Interest | L | T | | | | | |
| 44. Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) (4CJ5) | A | Interest | K | T | | | | | |
| 45. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) (0BL8) | C | Interest | M | T | | | | | |
| 46. Atlanta & Fulton Cnty Rec Auth (MB22) (1LB5) | C | Interest | M | T | | | | | |
| 47. Morgan Stanley Bank - Accounts | A | Interest | L | T | | | | | |
| 48. GA Rd Reimbursement (MB 19) (6BG6) | B | Interest | K | T | | | | | |
| 49. Clark Cnty Ga Hosp Au Rev (MB 14) (FAG1) | A | Interest | | | Redeemed | 01/02/14 | K | | Public |
| 50. Atl Ga DV Au Stu HSG RV (MB 16) (LAL0) | A | Interest | K | T | | | | | |
| 51. Gwinnett Co Wtr & Swr Ga Rev (MB 15) (0EF4) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gulf Co Fl Gas Tax RV (MB 17) | B | Interest | L | T | | | | | |
| 53. Sumter Cnty Ga Sch Dist (MB 17) | B | Interest | K | T | | | | | |
| 54. Mun Elec Auth Ga Proj 1-D-1 (MB 15) (MEAG) (7SPO) | B | Interest | K | T | | | | | |
| 55. Ga St Rd & Tlwy Fd Hwy Grant (MB 14) (7AK6) | A | Interest | | | Redeemed | 06/02/14 | K | | Public |
| 56. Metro Atl. Rap. Tran Au (MB 20) (5A46) | B | Interest | K | T | | | | | |
| 57. Gwinnett County Ga School Dist Ref (MB-23) (5B42) | B | Interest | K | T | | | | | |
| 58. GA St. Genl OBLIG Ser B (MB 23) (3W61) | B | Interest | K | T | | | | | |
| 59. Cobb Co. Ga Wtr & Sew Rev (MB 23) (8WC3) | A | Interest | J | T | | | | | |
| 60. Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) (3HS9) | B | Interest | K | T | | | | | |
| 61. Forsyth Co. Ga Genl OBLIG-A (MB 24) (3DW3) (See VIII) | B | Interest | L | T | | | | | |
| 62. Ga St Genl OBLIG- Ser B (MB 25) (4JP2) | B | Interest | L | T | | | | | |
| 63. Henry Co Ga Sch Dist (MB 16) | B | Interest | | | Redeemed | 08/01/14 | K | | Public |
| 64. Chatham Cnty Ga. Sch. Dist Ref (MB-15) (2FEO) | B | Interest | K | T | | | | | |
| 65. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) (4CE6) (See VIII) | A | Interest | K | T | | | | | |
| 66. Peachtree City Ga. Wtr & Sewer Au (MB 20) (8CH3) | B | Interest | K | T | | | | | |
| 67. Main St Nat Ga Proj Ser A (MB 18)(YBBO) | B | Interest | L | T | | | | | |
| 68. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) (7AP5) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gwinnett County GA Dev Auth. (MB 20) (0BJ3) | B | Interest | K | T | | | | | |
| 70. St Johns Co Fl Sch Bd Cfs Prtn Rev (MB 15) | C | Interest | M | T | | | | | |
| 71. Cobb Cnty Ga Wtr & Sew Rev (MB 18) (8VX8) | B | Interest | L | T | | | | | |
| 72. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) (0JL6) | A | Interest | K | T | | | | | |
| 73. Forsyth Cnty G OID Genl Oblig A (MB 19) (3DMA) | A | Interest | J | T | Buy | 08/19/14 | J | | Public |
| 74. Ga St Genl Oblig Ref (MB 20) (4PN0) | B | Interest | K | T | | | | | |
| 75. Dwntwn Svnnah Auth Ga Rev Ellis Sq Prk Prj (MB 20) (2JZ4) | A | Interest | J | T | | | | | |
| 76. Georgia St Genl Oblig-E (MB 22) (4QU3) | A | Interest | K | T | | | | | |
| 77. Mun. Elec. Auth Ga. Comb Cycle Proj. Rev Ser. A (MB 23) (7ZM9) | B | Interest | L | T | Buy | 08/20/14 | L | | Public |
| 78. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23)(0BM6) | A | Interest | K | T | | | | | |
| 79. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) (2KA0) | A | Interest | K | T | | | | | |
| 80. Georgia St Genl Oblig Ref-C (MB 23) (4ZY5) | B | Interest | L | T | | | | | |
| 81. Atl Arpt Gen Rev Ref Ser. C (MB 24) (MMUO) | | None | K | T | Buy | 11/14/14 | K | | Public |
| 82. Fulton County Ga Dev Auth Rev (MB 24) (0M20) | B | Interest | K | T | | | | | |
| 83. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) (0LW8) (See VIII) | B | Interest | K | T | Buy | 08/08/14 | K | | Public |
| 84. Gwinnett Cnty Dev Auth Ctfs Partn (MB25) (5CM5) | | None | L | T | Buy | 11/14/14 | L | | Public |
| 85. Muscogee Cnty Sch Dist (MB 14) (4EGO) | C | Interest | | | Redeemed | 12/01/14 | L | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 87. Gwinnett County Sch Dist (MB 23) (55P47) | | None | J | T | Buy | 12/03/14 | J | | Public |
| 88. Carroll Cnty School Dist (MB 23) (83CM7) | | None | K | T | Buy | 12/03/14 | K | | Public |
| 89. Gwinnett Cuty Dev Auth Ctfs Partn (MB 24) (15CL7) | | None | L | T | Buy | 12/03/14 | L | | Public |
| 90. IRA Account 1 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 91. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 92. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 93. --Guggenheim S & P 500 Equ Weight (RSP) | B | Dividend | M | T | Buy | 10/7/14 | J | | Public |
| 94. | | | | | Sold (part) | 05/13/14 | J | A | Public |
| 95. | | | | | Buy | 04/24/14 | K | | Public |
| 96. --IShares US Consumer Goods ETF (IYK) | | None | | | Buy | 01/31/14 | J | | Public |
| 97. | | | | | Sold | 02/11/14 | L | D | Public |
| 98. – IShares US HealthCare Prov ETF (IHF) | A | Dividend | L | T | Sold (part) | 05/06/14 | J | A | Public |
| 99. – IShares US Industrials ETF (IYJ) | A | Dividend | L | T | Sold (part) | 05/16/14 | J | B | Public |
| 100. –IShares US Pharmaceuticals ETF (IHE) | A | Dividend | L | T | Sold (part) | 05/16/14 | J | C | Public |
| 101. – IShares US Consumer Ser ETF (IYC) | A | Dividend | L | T | Sold (part) | 05/16/14 | J | B | Public |
| 102. – IShares S & P Midcap 400 Index (IJH) | A | Dividend | L | T | Sold (part) | 05/16/14 | J | A | Public |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. – JP Morgan Alerian MLP Index ETN (AMJ) | C | Dividend | K | T | Sold (part) | 05/16/14 | J | A | Public |
| 104. – IShares North American Tech Soft (IGV) (See VIII) | A | Dividend | L | T | Buy | 10/09/14 | K | | Public |
| 105. | | | | | Buy | 10/16/14 | K | | Public |
| 106. – IShares North American Tech Sector (IGM) | A | Dividend | L | T | Sold (part) | 05/16/14 | J | C | Public |
| 107. – IShares NASDAQ Biotech ETF (IBB) (See VIII) | | None | L | T | Sold | 04/17/14 | L | B | Public |
| 108. | | | | | Buy | 10/30/14 | L | | Public |
| 109. – IShares Russell 2000 Grwth ETF (IWO) | A | Dividend | | | Buy | 01/31/14 | J | | Public |
| 110. | | | | | Sold | 05/07/14 | K | | Public |
| 111. – IShares SP Smallcap 600 Index (IJR) | A | Dividend | L | T | Sold (part) | 05/13/14 | J | A | Public |
| 112. – IShares US Healthcare ETF (IYH) | A | Dividend | L | T | Sold (part) | 05/13/14 | J | A | Public |
| 113. – IShares US Aerospace & Def ETF (ITA) | A | Dividend | L | T | Sold (part) | 05/13/14 | J | A | Public |
| 114. – IShares US Fin Services ETF (IYG) | A | Dividend | L | T | | | | | |
| 115. – IShares Phlx Semiconductor (SOXX) | A | Dividend | L | T | Buy | 10/08/14 | K | | Public |
| 116. | | | | | Buy | 10/15/14 | K | | |
| 117. – IShares US Broker-Dealer ETF (IAI) | A | Dividend | L | T | Buy | 01/27/14 | J | | Public |
| 118. | | | | | Buy | 01/29/14 | J | | Public |
| 119. | | | | | Buy | 01/31/14 | J | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 02/07/14 | K | | Public |
| 121. | | | | | Buy | 10/07/14 | J | | Public |
| 122.  – IShares Transportation Ave ETF (IYI) | A | Dividend | L | T | Buy | 01/31/14 | K | | Public |
| 123. | | | | | Buy | 02/07/14 | K | | Public |
| 124. | | | | | Sold (part) | 05/13/14 | J | | Public |
| 125.  Wells Fargo Bank - Bank - Accounts (See VIII) | A | Interest | | | Distributed | 12/26/14 | J | | Estate No. 1 |
| 126.  Morgan Stanley Bank-(Accounts 2) (See VIII) | A | Interest | | | Distributed | 12/26/14 | L | E | Estate No. 1 |
| 127.  American Funds Fundamental Inv A (ANCFX) (See VIII) | D | Dividend | | | Sold | 08/27/14 | L | E | Public |
| 128. | | | | | Distributed | 12/26/14 | L | | Estate No. 1 |
| 129.  American Funds Wash. Mutual A (AWSHX) (See VIII) | D | Dividend | | | Distributed | 12/26/14 | L | | Estate No. 1 |
| 130.  Western Asset Corp. Bd A (SIGAX) (See VIII) | D | Dividend | | | Distributed | 12/26/14 | M | | Estate No. 1 |
| 131.  T Rowe Price Equity Income Mutual Fund (See VIII) | D | Dividend | | | Distributed | 12/26/14 | M | | Estate No. 1 |
| 132.  T Rowe Price Growth & Income Mutual Fund (See VIII) | D | Dividend | | | Distributed | 12/26/14 | M | | Estate No. 1 |
| 133.  Apartment, New York, NY (See VIII) | | None | M | W | | | | | |
| 134.  Estate No. 1 (See VIII) | A | Interest | O | T | | | | | |
| 135.  - Wells Fargo Bank - Bank - Accounts 2 (See VIII) | A | Interest | J | T | | | | | |
| 136.  - Morgan Stanley Bank (Accounts 2) (See VIII) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - American Funds Fundamental Inv A (ANCFX) (See VIII) | | None | L | T | | | | | |
| 138. - American Funds Wash. Mutual A (AWSHX) (See VIII) | | None | L | T | | | | | |
| 139. - Western Asset Corp. Bd A (SIGAX) (See VIII) | | None | M | T | | | | | |
| 140. - T Rowe Price Equity Income Mutual Fund (See VIII) | | None | M | T | | | | | |
| 141. - T Rowe Price Growth & Income Mutual Fund (See VIII) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2014, ending May 2014. Also adjunct faculty for 2010, 2011, 2012, 2013 and 2015.

2. Decedent died 12/25/14. Letters testamentary issued 1/29/15.

II. Agreements

1. Agreement between West Services, Inc. (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) 2010 and 2011, 2012, 2013, 2014, 2015. No compensation; expenses to be reimbursed.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four or five digits of CUSIP number.

Lines 91 and 92 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian utilizes these accounts at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally has zero balance.

Line 33 - Maturity date corrected.

Line 61 - Maturity date corrected.

Line 65 - Cusip added for convenience of filer.

Line 83 - Cusip number corrected.

Line 104 - Name change from S & P North American Tech Soft (IGV) to IShares North American Tech Soft (IGV).

Line 107 - All shares sold 4/17/14. New shares purchased 10/30/14 (see Line 108).

Lines 125 through 132 - Assets became assets of Estate No. 1 upon death of owner. See lines 134-141.

Line 133 - Filer acquired 1/2 ownership interest in residential cooperative unit in 2006 for personal use of owners. Cost for 1/2 interest was $168,500. Co-owner is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ See Line 52 and note, Financial Disclosure for 2006.

Filer removed this asset from reporting on Financial Disclosure for 2007 (Line 52) based on personal use of unit as a residence by co-owner. Co-owner is responsible for all expenses of property and does not pay anything to filer for occupancy. Filer has received no income from unit in any year, including 2014.

In 2014, co-owner leased the unit to a third party. Filer is not a party to the lease agreement. Co-owner is entitled to all income from the unit and is responsible for all expenses.

Because co-owner no longer uses unit as personal residence, Filer is listing the asset because it may now be considered an "investment."

Lines 134-141 - Decedent died 12/25/14. Filer, named as Executor in will, was issued letters testamentary on 1/29/15. Estate assets are the same as those listed in lines 125-132. Assets became estate assets upon death of owner.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544